UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **Dawn Johnson**            :      Chapter 13
                                   :
                                   :
            Debtor                 :      Bankruptcy No.: **18-13707\elf**

## ORDER OF COURT

**AND NOW,** this ___19th___ day of ___February___, 2019, after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that

    1. The Debtor's Objection to Proof of Claim No. 6, filed by Wilmington Savings Fund Society is hereby **SUSTAINED**.

    2. The claim for prepetition mortgage arrears is **PARTIALLY DISALLOWED**.

    3. Claim No. 6, for prepetition mortgage arrears is **ALLOWED** in the amount of **$11,055.61**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**