# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT PENNSYLVANIA

| | |
|---|---|
| IN RE:  Dawn S. Johnson<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust<br>　　　　　　　Movant<br>　　vs.<br>Dawn S. Johnson<br>　　　　　　　Debtor(s) | NO. 18-13707 ELF |
| William C. Miller Esq.<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion to Approve Loan Modification of U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust, which was filed with the Court on or about **August 3, 2020**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

August 13, 2020