IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Dawn Johnson** | : | CHAPTER: 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **18-13707\elf** |

# CERTIFICATE OF NO RESPONSE

    I, Michael D. Sayles, counsel for the Debtor in the above-captioned case, hereby certify that the Chapter 13 Standing Trustee nor any other party of interest has filed a responsive pleading to Debtor's Motion to Modify Plan Post Confirmation.

 

Respectfully Submitted,

Dated: **November 6, 2022**      \s\ **Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue, Suite #2
Elkins Park, PA  19027
215.635.2270
midusa1@comcast.net