## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :          Chapter 13
    **DAWN S. JOHNSON,**                :
        **Debtor**                :          Bky. No.  18-13707 ELF

## O R D E R

    **AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

    It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor's Amended Chapter 13 Plan (Doc. #88 ) is **APPROVED**.


**Date: November 8, 2022**          _____
                              **ERIC L. FRANK**
                              **U.S. BANKRUPTCY JUDGE**