United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13707-elf |
| Dawn S. Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: admin            Page 1 of 2
Date Rcvd: Nov 08, 2022        Form ID: pdf900        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn S. Johnson, 719 Kenmore Road, Philadelphia, PA 19151-3745 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its ...et al bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor U.S. Bank Trust National Association bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | |
| | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

KERI P EBECK
    on behalf of Creditor Consumer Portfolio Services  Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

KEVIN G. MCDONALD
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST cdigianantonio@rascrane.com

LAUREN BERSCHLER KARL
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST lkarl@rascrane.com, lbkarl03@yahoo.com

MICHAEL D. SAYLES
    on behalf of Debtor Dawn S. Johnson midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| DAWN S. JOHNSON, | : | |
| Debtor | : | Bky. No. 18-13707 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #88 ) is **APPROVED**.

Date: November 8, 2022

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE