Certificate Number: 15111-PAE-DE-037555168

Bankruptcy Case Number: 18-13707



15111-PAE-DE-037555168

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2023, at 3:09 o'clock PM EDT, Dawn S. Johnson completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 30, 2023

By: /s/Hussain Bilal for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education