United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 18-13707-pmm
Dawn S. Johnson     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Jul 06, 2023     Form ID: 138OBJ     Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn S. Johnson, 719 Kenmore Road, Philadelphia, PA 19151-3745 |
| 14117252 | + | Amercican Weg Loan, 2128 North 14th Street, Suite 1 #130, Ponca City, OK 74601-1831 |
| 14117253 | | American Signature Furniture, 2201 West Cheltenham Avenue, Suite 300, Philadelphia, PA 19150 |
| 14117258 | + | Dress Barn, 2300 Oregon Avenue, Philadelphia, PA 19145-4122 |
| 14117266 | | PECO Energy-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14117271 | + | PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14117270 | + | Phelan Hallihan & Schmeig, LLP, One Penn Center at Suburban Station, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14117272 | + | Phila Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14117274 | | RJM Acquisitions LLC, 575 Underhill Blvd., Suite 224, Syosset, NY 11791-3416 |
| 14411351 | + | U.S. Bank Trust National Association as Trustee fo, C/O Kevin G. McDonald, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14117276 | + | Ventures Trust 2013-I-H-R, 7500 Old Georgetown Road, Suite 1300, Bethesda, MD 20814-6198 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 07 2023 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 07 2023 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14117250 | Email/Text: bncnotifications@pheaa.org | Jul 07 2023 00:35:00 | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14117251 | Email/Text: EBNProcessing@afni.com | Jul 07 2023 00:36:00 | Afni, Inc., PO Box 3517, Bloomington, IL 61702-3517 |
| 14235936 | Email/Text: megan.harper@phila.gov | Jul 07 2023 00:36:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14117255 | Email/Text: megan.harper@phila.gov | Jul 07 2023 00:36:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14117256 | Email/Text: megan.harper@phila.gov | Jul 07 2023 00:36:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14117254 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2023 00:45:27 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14172995 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 06, 2023 | Form ID: 138OBJ | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 07 2023 01:45:48 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14241381 | + | Email/Text: megan.harper@phila.gov | | |
| | | | Jul 07 2023 00:36:00 | City of Philadelphia, Water Revenue Bureau, c/o Pamela Elchert Thurmond, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1663 |
| 14166103 | | Email/Text: bankruptcy@consumerportfolio.com | | |
| | | | Jul 07 2023 00:36:00 | Consumer Portfolio Services, P. O. Box 57071, Irvine, CA 92619-7071 |
| 14117257 | + | Email/Text: bankruptcy@consumerportfolio.com | | |
| | | | Jul 07 2023 00:36:00 | Consumer Portfolio Services, Inc., Bankruptcy Department, 19500 Jamboree Road, Irvine, CA 92612-2437 |
| 14117259 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 07 2023 00:35:00 | Dress Barn, PO Box 659704, San Antonio, TX 78265-9704 |
| 14117260 | | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Jul 07 2023 00:35:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14117261 | | Email/Text: ECF@fayservicing.com | | |
| | | | Jul 07 2023 00:35:00 | Fay Servicing, PO Box 88009, Chicago, IL 60680-1009 |
| 14117262 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jul 07 2023 00:36:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 14117263 | ^ | MEBN | | |
| | | | Jul 07 2023 00:31:51 | KML Law Group, PC, Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14173370 | | Email/PDF: pa_dc_claims@navient.com | | |
| | | | Jul 07 2023 01:01:08 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14117264 | | Email/PDF: pa_dc_claims@navient.com | | |
| | | | Jul 07 2023 01:01:24 | Navient Solutions, Inc., PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 14181923 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | | Jul 07 2023 00:45:28 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14117268 | | Email/Text: bankruptcies@penncredit.com | | |
| | | | Jul 07 2023 00:35:00 | Penn Credit Corp., PO Box 988, for Chambersburg Hospital, Harrisburg, PA 17108 |
| 14117269 | ^ | MEBN | | |
| | | | Jul 07 2023 00:31:55 | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14312733 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 07 2023 00:46:17 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14117265 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Jul 07 2023 00:35:00 | Peco, c/o Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14117273 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 07 2023 01:32:54 | Portfolio Recovery & Affilates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 14411190 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Jul 07 2023 00:36:00 | SELECT PORTFOLIO SERVICING, INC for, U.S. Bank Trust National Association as, Trustee for GIFM Holdings Trust, Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14117275 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | | Jul 07 2023 00:46:20 | Sallie Mae, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14660714 | + | Email/Text: bkteam@selenefinance.com | | |
| | | | Jul 07 2023 00:35:00 | U.S. Bank Trust National Association, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd., Ste 500, Dallas, TX 75019-6295 |
| 14117277 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jul 07 2023 00:35:00 | Verizon Pennsylvania, 500 Technology Drive, Suite 300, Saint Charles, MO 63304-2225 |
| 14117278 | | Email/Text: megan.harper@phila.gov | | |
| | | | Jul 07 2023 00:36:00 | Water Revenue Bureau, Phyllis Chase, Collections Manager, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

Case 18-13707-pmm   Doc 106   Filed 07/08/23   Entered 07/09/23 00:33:19   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 06, 2023 | Form ID: 138OBJ | Total Noticed: 43 |

| 14117279 | Email/Text: Bankruptcy@wsfsbank.com | | |
|---|---|---|---|
| | | Jul 07 2023 00:36:00 | Wilmington Savings Fund, 838 Market Street, 2nd Floor, Wilmington, DE 19801-3011 |
| 14117280 | Email/Text: ECF@fayservicing.com | | |
| | | Jul 07 2023 00:35:00 | Wilmington Savings Fund Society FSB, c/o Fay Servicing, LLC, P O Box 814609, Dallas, TX 75381-4609 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14179680 | | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST |
| 14117267 | ##+ | Penn Credit Corp, 916 S 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association  not in its ...et al bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Consumer Portfolio Services  Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkgroup@kmllawgroup.com |
| KEVIN M. BUTTERY | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST cdigianantonio@rascrane.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST lkarl@rascrane.com, lbkarl03@yahoo.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 06, 2023 | Form ID: 138OBJ | Total Noticed: 43 |

MICHAEL D. SAYLES
    on behalf of Debtor Dawn S. Johnson midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dawn S. Johnson

        Debtor(s)                       Case No: 18−13707−pmm

                                                                                       Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                                             900 Market Street
                                                  Suite 400
                                               Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/6/23