United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-13707-pmm

Dawn S. Johnson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn S. Johnson, 719 Kenmore Road, Philadelphia, PA 19151-3745 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association  not in its ...et al bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 27, 2023 | Form ID: 195 | Total Noticed: 1 |

KERI P EBECK
    on behalf of Creditor Consumer Portfolio Services  Inc. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

KEVIN G. MCDONALD
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST cdigianantonio@rascrane.com

LAUREN BERSCHLER KARL
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST lkarl@rascrane.com, lbkarl03@yahoo.com

MICHAEL D. SAYLES
    on behalf of Debtor Dawn S. Johnson midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Dawn S. Johnson                                           : Case No. 18−13707−pmm
      Debtor(s)

*ORDER*
_____

AND NOW, this day , October 27, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

112
Form 195